UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

| | |
|---|---|
| SELINA KYLE,<br><br>                    Plaintiffs,<br><br>    v.<br><br>DONALD D. LEWIS,<br><br>                    Defendant. | Civil Action No. 20-cv-06142 (KPF)<br><br>**NOTICE OF MOTION**<br><br>ORAL ARGUMENT REQUESTED<br><br>Hon. Katherine Polk Failla |

## NOTICE OF MOTION TO DISQUALIFY WIGDOR LLP

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in support of Defendants' Motion to Disqualify Wigdor LLP, and the accompanying Declaration from Defendant Donald Lewis with supporting exhibits, Lewis, moves this Court pro se to disqualify Wigdor LLP as counsel to Plaintiff in this action.

PLEASE TAKE FURTHER NOTICE that Defendant respectfully requests oral argument upon this motion, at a date and time to be determined by the Court.)

Dated: New York, New York
         September 24, 2020

                                                    By:   /s/ Donald D. Lewis

                                                    *Pro Se*
                                                    *87 Kings Point Road*
                                                    *Great Neck, NY 11024*
                                                    *516-441-2595*
                                                    *Donlewisdl87@gmail.com*
                                                    *Defendant*