UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SELINA KYLE,

                Plaintiff,

-v.-

DONALD D. LEWIS, *et al.*,

                Defendants.

20 Civ. 6142 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    For the reasons set forth during the conference held on October 21, 2020, Mr. Lewis is hereby authorized to file an *ex parte* supplemental submission, due on or before October 30, 2020.

    SO ORDERED.

Dated:    October 22, 2020
             New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge