UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SELINA KYLE,

                Plaintiff,

      -v.-

DONALD D. LEWIS, *et al.*,

                Defendants.

20 Civ. 6142 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    For the reasons set forth on the record during today's telephonic conference with the parties, Defendant Donald Lewis's motion to disqualify Wigdor LLP as Plaintiff's counsel is DENIED.  Mr. Lewis is ORDERED to file his anticipated pre-motion letter in accordance with the Court's Individual Rule of Practice 4(A) or otherwise respond to the Complaint on or before **December 12, 2020**.

    SO ORDERED.

Dated:    November 12, 2020
             New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge