February 10, 2021

Donald D. Lewis
87 Kings Point Road
Great Neck, NY 11024
516-441-2595
DonlewisDL87@gmail.com

VIA ECF AND EMAIL (Pro Se Intake)
The Honorable Katherine Polk Failla
United States District Court Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>Kyle v. Lewis, et al.; No. 20-cv-06142 (KPF)</u>

Dear Judge Failla:

I am the Defendant in the above referenced Action and, pursuant to the Court's Individual Rules of Practice, I write to request an extension of time to answer, move or otherwise respond to the Complaint (the "Request"). The following information is provided as required under the Rules.

1. <u>Original Due Date</u>.  The original due date was Monday, November 2, 2020.

2. <u>Previous Extension Requests</u>.  Two prior extension requests were made to the Court.

3. <u>Not applicable</u>.  Both requests were granted. (Dkt. 40 and Dkt. 42).

4. <u>Reason for the Request</u>.  I am involved in five ongoing personal litigations, had been proceeding pro se in this Action, and have now secured counsel to represent me in this lawsuit. My experienced labor and employment counsel will need time to get up to speed and file a motion to dismiss with which his firm is comfortable. In addition, my counsel is currently in the midst of an ongoing trial; we are in the process of preparing papers for his pro hac vice admission.

5. <u>Plaintiff Consents to the Request</u>.  Plaintiff's counsel was contacted today about the requested extension and responded: "We take no position on the application."

Defendant therefore respectfully requests that the Court grant his request for an extension of time from February 15, 2021, as scheduled in the Court's memo endorsement dated December 18, 2020 (Dkt. 42), until March 8, 2021.

Respectfully submitted,

*Donald Lewis*
_____
Donald Lewis

cc: All Counsel