# FERNANDEZ GARCIA, LLC

14 Elm Street
Morristown, NJ  07960
(973) 500-2256
(973) 298-5737 (Fax)

| | |
|---|---|
| 1139 East Jersey Street<br>Suite 607<br>Elizabeth, NJ  07201 | 700 Hooper Avenue<br>Toms River, NJ  08732 |

**PLEASE REPLY TO OUR MORRISTOWN OFFICE**

Juan C. Fernandez
Michael (Miguel) Garcia*

*Admitted in NJ, NY, PA

July 16, 2021

<u>Via Hand Delivery</u>

Katherine Polk Failla, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

   Re: <u>Kyle v. Lewis</u>, et al., 20-cv-06142 (KPF)

Dear Judge Failla:

  We represent Defendant Donald Lewis in the above referenced matter.  Enclosed is a courtesy copy of the Motion to Dismiss the Complaint filed pursuant to Fed. R. Civ. Proc. 12(b)(6) indicated with the following numbered exhibit tabs as required by Your Individual Rules Of Practice In Civil Cases, Rule 4(d):

   Exhibit 1  Notice of Motion;
   Exhibit 2  Proposed Form of Order;
   Exhibit 3  Defendant's Legal Memorandum in Support of Motion to Dismiss;
   Exhibit 4  Fernandez Declaration;
   Exhibit 5  Plaintiff's Legal Memorandum in Opposition;
   Exhibit 6  Defendant's Reply Memorandum.

                Respectfully submitted,

                s/  Juan C. Fernandez

                Juan C. Fernandez

cc:  All Counsel of Record  (Via ECF)