UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SELINA KYLE,

              Plaintiff,

         -v.-

DONALD D. LEWIS, *et al.*,

              Defendants.

20 Civ. 6142 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The parties are directed to appear for a telephonic conference on **November 23, 2021, at 3:00 p.m.**, regarding Defendant Donald D. Lewis's pending motion to dismiss the Amended Complaint. (*See* Dkt. #67). At the scheduled date and time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note that the conference line will not be available prior to 3:00 p.m.

    SO ORDERED.

Dated:    November 12, 2021
             New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge