# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Lindsay M. Goldbrum**
lgoldbrum@wigdorlaw.com

September 8, 2022



**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>Kyle v. Donald D. Lewis, et al.; No. 20-cv-06142 (KPF)</u>

Dear Judge Failla,

I represent Plaintiff Selina Kyle ("Plaintiff") in the above-captioned matter.

I will be changing law firms and respectfully request to be removed as counsel of record from Case No. 20-cv-06142. I request that this Court direct the Clerk of the Court to remove me from the docket and list of attorneys to be noticed in this matter on the Court's Case Management/Electronic Case Files (CM/ECF) system.

Plaintiff will continue to be represented by Lawrence M. Pearson, Esq. of Wigdor LLP, attorneys of record.

Respectfully submitted,

*Lindsay Goldbrum*

Lindsay M. Goldbrum

    cc:    All Counsel of Record (*via* NYSCEF)

```
Attorney Lindsay M. Goldbrum's motion to withdraw as counsel for
Plaintiff Selina Kyle is GRANTED. The Clerk of Court is directed
to terminate the motion at docket entry 93 and remove Lindsay M.
Goldbrum from the CM/ECF service list for this action.
```

                                        SO ORDERED.

Dated: September 8, 2022
       New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE