UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELINA KYLE,<br><br>                    Plaintiff,<br><br>v.<br><br>DONALD D. LEWIS, in his individual and professional capacities, and PIERCE BAINBRIDGE BECK PRICE & HECHT LLP,<br><br>                    Defendants. | Case No.: 1:20-cv-06142 (KPF)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Plaintiff, Selina Kyle, Defendant Donald D. Lewis, and Defendant Pierce Bainbridge Beck Price & Hecht LLP, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be and the same is dismissed **with prejudice** as to all claims, counterclaims, cross claims, or causes of action by or against any party hereto, with each party bearing that party's own attorneys' fees and costs.

Dated:  October 26, 2022

                                      WIGDOR LLP

                                      /s/ Lawrence M. Pearson
                                      By:  Lawrence M. Pearson
                                      85 Fifth Avenue, 5th fl.
                                      New York, NY 10003
                                      lpearson@wigdorlaw.com
                                      212.257.6800

                                      *Attorneys for Plaintiff Selina Kyle*

                                      FERNANDEZ GARCIA, LLC

                                      /s/ Cynthia V. Fitzgerald
                                      Cynthia V. Fitzgerald

1

10 Pine Street, Suite 102
Morristown, NJ 07960
cynthia@fernandezgarcialaw.com
973.500.2256

*Attorneys for Defendant Donald Lewis*

COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC

<u>/s/ Edward D. Altabet</u>
Edward D. Altabet, Esq.
55 Broadway, Suite 901
212.871.7400
ealtabet@cohenseglias.com

*Attorneys for Defendant Pierce Bainbridge Beck Price & Hecht LLP*