

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SELINA KYLE,<br><br>                     Plaintiff,<br><br>v.<br><br>DONALD D. LEWIS, in his individual and professional capacities, and PIERCE BAINBRIDGE BECK PRICE & HECHT LLP,<br><br>                     Defendants. | Case No.: 1:20-cv-06142 (KPF)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

      Plaintiff, Selina Kyle, Defendant Donald D. Lewis, and Defendant Pierce Bainbridge Beck Price & Hecht LLP, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be and the same is dismissed **with prejudice** as to all claims, counterclaims, cross claims, or causes of action by or against any party hereto, with each party bearing that party's own attorneys' fees and costs.

Dated:  October 26, 2022

                            WIGDOR LLP

                            /s/ Lawrence M. Pearson
                            By:  Lawrence M. Pearson
                            85 Fifth Avenue, 5th fl.
                            New York, NY 10003
                            lpearson@wigdorlaw.com
                            212.257.6800

                            *Attorneys for Plaintiff Selina Kyle*

                            FERNANDEZ GARCIA, LLC

                            /s/ Cynthia V. Fitzgerald
                            Cynthia V. Fitzgerald

10 Pine Street, Suite 102
Morristown, NJ 07960
cynthia@fernandezgarcialaw.com
973.500.2256

*Attorneys for Defendant Donald Lewis*

COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC

/s/ Edward D. Altabet
Edward D. Altabet, Esq.
55 Broadway, Suite 901
212.871.7400
ealtabet@cohenseglias.com

*Attorneys for Defendant Pierce Bainbridge Beck Price & Hecht LLP*

```
Application GRANTED.  The Clerk of Court is directed to terminate
all pending motions, adjourn all remaining dates, and close this
case.
```

```
Dated:     October 27, 2022            SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE